United States District Court
Southern District of Texas
**ENTERED**
March 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRELL FISHER, TDCJ #2147651, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-23-2545 |
| UNITED STATES TREASURY DEPARTMENT, et al., | § § § § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITHOUT PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 26th day of March, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE